UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RICHIE,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>OFFICER-SHERIFF OF L.A. COUNTY, et al.,<br><br>　　　　　　Defendant(s). | Case No. CV 17-5597-JAK (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 24, 2018

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge